Brandy A. Sargent, OSB #045713
Email: brandy.sargent@klgates.com
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, OR  97204
Phone:  (503) 228-3200
Fax: (503) 248-9085
Attorneys for Purina Animal Nutrition LLC
and its affiliates

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>COELHO DAIRY,<br><br>                      Debtor. | Case No. 17-60449-pcm-12<br><br>Chapter 12<br><br>NOTICE OF AGRICULTURAL SERVICES LIEN PURSUANT TO 11 USC §§ 362(b)(3) AND 546(b) |

**PLEASE TAKE NOTICE THAT** Purina Animal Nutrition LLC and its affiliates (collectively "Purina"), by and through undersigned counsel, hereby give notice of Purina's continued perfection of its Agricultural Services Lien, and in support, state as follows:

1.      Purina has provided cattle feed products to the Debtor.

2.      Pursuant to ORS 87.226, Purina is secured by an Oregon Agricultural Services Lien ("ASL").  The ASL attaches to all feed delivered to the Debtor, Debtor's cattle, and to all proceeds and unborn progeny of the Debtor's cattle.

3.      The ASL has priority as provided in ORS 87.146(1).

PAGE 1 – NOTICE OF AGRICULTURAL SERVICES LIEN PURSUANT TO 11 USC §§ 362(b)(3) AND 546(b)

4.      ORS 87.242(1) and 87.252 require lien claimants to file a Notice of Claim of Lien with the Oregon Secretary of State and to provide notice of the same to the Debtor and all persons who have filed financing statements related to the same collateral.

5.      Purina has filed a Notice of Claim of Lien, a copy of which is attached hereto.

6.      To the extent that applicable law may require Purina to take further action to enforce its ASL, Purina recognizes that is may be stayed from doing so.  Accordingly, this Notice is intended to comply with 11 USC § 546(b).  Pursuant to 11 USC §§ 362(b)(3) and 546(b), neither the filing of the Notice of Claim of Lien, nor provision of notice as required by ORS 87.242(a), ORS 87.252, and 11 USC § 546(b) should be interpreted as a violation of the automatic stay.


Dated August 27, 2021

K&L GATES LLP


   /s/ Brandy A. Sargent
Brandy A. Sargent, OSB #045713
Email: brandy.sargent@klgates.com
Attorneys for Purina Animal Nutrition LLC
and its affiliates

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200



Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilingInOregon.com

FILED: AUG 26, 2021 11:40 AM
OREGON SECRETARY OF STATE



ASL    LIEN NO. 92913530    COELHO, TIMOTHY J

## ASL -1    Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.    Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)    <u>MARK ONE</u>  If Individual, list last name first.

1 NAME: Coelho, Timothy J.    ☐-Business  ☑-Individual

2 NAME: Coelho Dairy    ☑-Business  ☐-Individual

MAILING ADDRESS: 18624 Arbor Grove Road NE

Woodburn    Oregon    97071
CITY    STATE    ZIPCODE

**CLAIMANT:**

NAME: Purina Animal Nutrition LLC and its affiliates

MAILING ADDRESS: c/o Jonathan Miesen, 4001 Lexington Ave. North

Arden Hills    MN    55126    651-375-5985
CITY    STATE    ZIPCODE    PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $ 38,152.15

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
Animal feed, cattle, other animals and proceeds of the foregoing

grown in the year _____ upon or currently located at the following described farmland, range, ranch, orchard land:
18624 Arbor Grove Road NE, Woodburn, Oregon 97071 and any other facility where Debtor's cattle are located

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of   Animal feed and related products

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was   See attached invoices.

The terms of extended payment (if any) are  n/a

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Signature of Claimant or Representative:    Printed Name:

    Bobbie Jo Arreola

RETURN TO (Please Type or Print within the box):

UNISEARCH inc.
Global Solutions for Corporate and Financial Compliance
698 12th Street SE, Ste 200, Salem OR 97301

### FEES
Required Processing Fee - $15.00    Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

440 (01/12)

Continuation Sheet - Notice of Claim of Agricultural Services Lien

Michael J. Coelho

18624 Arbor Grove Road NE

Woodburn, OR 97071

Timothy J. Coelho

18630 Arbor Grove Road NE

Woodburn, OR 97071

John R. Coelho

18630 Arbor Grove Road NE

Woodburn, OR 97071

Patricia A. Coelho

18624 Arbor Grove Road NE

Woodburn, OR 97071

☐ Return to:

3605 132nd Ave SE #402
Bellevue WA  98006

## CREDIT APPLICATION AND AGREEMENT
### REVISED 12/05/05

☑ Return to:

15840 N. Simmons Rd
Portland, OR  97203

| APPLICANT INFORMATION | | |
|---|---|---|

| APPLICANT NAME (S) (Required) | BUSINESS NAME (If Applicable) Coelho Dairy | YEARS IN BUSINESS |
|---|---|---|
| POSTAL ADDRESS | STREET ADDRESS 18624 Arbor Grove Rd | E-MAIL ADDRESS | AREA CODE - TELEPHONE # 503.678.1307 |

| CITY Woodburn | COUNTY Marion | STATE OR | ZIP CODE 97071 | AREA CODE - FAX # |
|---|---|---|---|---|

SHIPPING ADDRESS, CITY, STATE, ZIP (IF DIFFERENT FROM ABOVE)

BILLING ADDRESS, CITY, STATE, ZIP (IF DIFFERENT FROM ABOVE)

| TYPE OF BUSINESS STRUCTURE (CHECK ONE):    X PARTNERSHIP      CORPORATION      SOLE PROPRIETOR |
|---|
| OTHER – INDICATE:_____LLC (Limited Liability Company) _____ LLP (Limited Liability Partnership) |

| STATE OF ORGANIZATION | STATE ORGANIZATION NUMBER | FEDERAL TAX ID NO. |
|---|---|---|

| CREDIT REFERENCES | | | |
|---|---|---|---|

| LENDER NAME | CONTACT NAME | AREA CODE - FAX NO | AREA CODE - TELEPHONE NO |
|---|---|---|---|
| ADDRESS | | CITY | STATE | ZIP CODE |
| CHECKING ACCOUNT # | SAVINGS ACCOUNT # | BALANCE | OTHER TYPE OF ACCT. | BALANCE |
| LENDER NAME | CONTACT NAME | AREA CODE - FAX NO | AREA CODE - TELEPHONE NO |
| ADDRESS | | CITY | STATE | ZIP CODE |
| CHECKING ACCOUNT # | SAVINGS ACCOUNT # | BALANCE | OTHER TYPE OF ACCT. | BALANCE |

| SUPPLIER REFERENCES | | | |
|---|---|---|---|

| SUPPLIER NAME | CONTACT NAME | AREA CODE – FAX NO | AREA CODE-TELEPHONE NO. |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP CODE |
| TERMS OF PURCHASE | | CURRENT AMOUNT OWED $ | AMOUNT PAST DUE $ |
| SUPPLIER NAME | CONTACT NAME | AREA CODE – FAX NO | AREA CODE –TELEPHONE NO. |
| ADDRESS | CITY | STATE | ZIP CODE |
| TERMS OF PURCHASE | | CURRENT AMOUNT OWED $ | AMOUNT PAST DUE $ |

### APPLICATION FOR PRE-AUTHORIZED PAYMENT PLAN WITH SUPPLIER

By completing the following Applicant makes request for use of Supplier's Pre-Authorized Payment Plan for payment of invoices, statements, or billings rendered to Applicant by Supplier

| NAME OF BANK | CONTACT NAME | AREA CODE – FAX NO | AREA CODE-TELEPHONE NO. |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP CODE |
| ACCOUNT NAME | | BANK ROUTING NUMBER | ACCOUNT NUMBER |

## CREDIT TERMS AND AGREEMENT

1. **PARTIES.** The above-named applicant(s) (collectively "Applicant") hereby submits this Credit Application and Agreement ("Agreement") to the following separate and distinct entities: Land O'Lakes, Inc ("LOL"), Land O'Lakes Purina Feed LLC ("LOLPF"), Corporate Credit, LLC ("CCL"), Agriliance LLC ("Agriliance"), Purina Mills LLC ("PM"), PMI Nutrition ("PMI"), PMI Nutrition International ("PMIN"), Diamond Cross, LLC, the subsidiaries of each of these entities, and any entity owned wholly or in part by these entities in the future (collectively, "Supplier" or individually, "Supplier Entity"). This single application and agreement for credit made by Applicant to Supplier is for Applicant's convenience and shall be deemed a separate application and agreement to and with each Supplier Entity. Applicant understands and agrees that each Supplier Entity is a separate and distinct entity. Each Supplier Entity is solely responsible for its respective undertakings and obligations, and no Supplier Entity shall be liable or responsible for the acts or undertakings of any other Supplier Entity. Applicant agrees that any Supplier Entity may share information contained herein, or derived pursuant to this Agreement with any other Supplier Entity, and that any Supplier Entity may administer and service any credit established pursuant to this Agreement. Supplier may assign all of Supplier's rights conveyed hereunder to any Supplier Entity or any parent, affiliate, subsidiary, successor, or assign of Supplier without notice and without affecting any of Applicant's obligations hereunder.

2. **EFT PAYMENTS.** Applicant agrees that certain credit terms offered by Supplier may require payments to be electronically drafted from Applicant's designated bank account(s), and that such draft will result in a deposit into a bank account in the name of a Supplier Entity. Applicant jointly and

severally promises to pay all indebtedness of Applicant to Supplier. Applicant jointly and severally promises to make payments as necessary to keep Applicant's account balance with Supplier within credit limit and terms. Nothing herein will excuse Applicant from paying all sums lawfully due by Applicant to Supplier notwithstanding that such sums advanced or credit extended exceeds or differs from the credit terms extended by supplier.

**3. LATE CHARGE.** Payments not made by Applicant within terms will incur a late charge after the date due calculated at a rate equal to the lesser of 18% per annum, or the highest rate allowed by applicable law. To the extent permitted by applicable law, Applicant agrees that the finance charge is subject to change by Supplier upon written notice given in advance of the effective date of the change. Should collection action or litigation ever become necessary to collect delinquent sums due to Supplier, Applicant further agrees to pay to Supplier Supplier's collection costs and attorney's fee(s) providing such obligation is lawful.

**4. DEFAULT.** An event of default ("Event of Default") occurs when: (1) any debt or obligation of Applicant to Supplier is not paid when due; (2) any covenant or agreement of Applicant with Supplier is not fully and timely performed or an occurrence of default occurs thereunder; (3) any statement, representation, or warranty by Applicant to Supplier is false, misleading, incomplete, or erroneous in any respect; (4) Applicant or Guarantor does not pay their debts as such debts become due; (5) Applicant or Guarantor commences any case, proceeding, or other action seeking the reorganization, rearrangement, adjustment, liquidation, or dissolution under any debtor relief laws or bankruptcy laws or an involuntary case or proceeding is commenced against the Applicant under any debtor relief laws or bankruptcy laws; (6) a final judgment is entered against Applicant or Guarantor or any process is levied or directed against Applicant's or Guarantor's property; (7) Supplier receives any checks or EFT drafts from Applicant which are returned uncollected or insufficient; or (8) the financial status of the Applicant or Guarantor, in the sole opinion of Supplier, becomes impaired in any way.

Upon occurrence of an Event of Default, Supplier may (1) terminate all credit terms, agreements, accommodations, and conditions hereunder; (2) demand immediate payment; (3) require sales by prompt payment terms, cash, COD, cashier's check, or other terms determined at the discretion of the Supplier; (4) discontinue shipment of product; and/or (5) discontinue Applicant's eligibility for discounts. In the event that any check, EFT draft, or pre-authorized payment is returned to Supplier uncollected or insufficient, the gross amount of the invoice(s) covered by the returned item shall be immediately due and payable and such purchase shall be ineligible for cash discount (deleted). Supplier may charge up to $50 for processing any check, EFT draft, or pre-authorized payment returned uncollected by Applicant's bank for any reason.

**5. CREDIT HISTORY.** Applicant authorizes all of Applicant's creditors and references, including, but not limited to, those listed herein, to release to Supplier whatever information may be contained in their files pertaining to personal and financial dealings with Applicant, and grants Supplier permission to complete any credit investigation of Applicant, including, but not limited to, reports by a credit reporting agency or entity.

**6. TRANSFER OF FUNDS.** In the event that Applicant is approved by Supplier for a pre-authorized payment plan, Applicant understands and agrees: (1) Supplier may transfer money from Applicant's bank account for payment due, provided there are sufficient collected funds in said account to pay any pre-authorized payment; (2) Supplier's rights with respect to such transfer(s) shall be the same as with a transfer(s) drawn upon Applicant's bank and signed personally by Applicant; (3) Applicant's bank shall be under no obligation to furnish Applicant with any special advice or notice in writing or otherwise of the payment and charge of such transfer(s); (4) the authority for such transfer(s) shall remain in effect until revoked by Applicant in writing and actually received by Supplier; (5) Applicant warrants that Applicant's bank will honor all such pre-authorized payment(s) immediately upon presentation for collection; and (6) Applicant will execute all necessary authorization forms for such transfer(s) reasonably required by Applicant's bank or by Supplier.

**7. SUPPLIER LIENS; TEXAS FEED SALES.** To the extent that feed products are sold to the Applicant in the State of Texas, Applicant understands that the sale of animal feed on credit is subject to Chapter 188, Texas Agriculture Code. Failure to pay the agreed or reasonable charges for the feed may result in the attachment of a lien to the proceeds of the livestock for which the feed is used or the proceeds of the animal products produced from the livestock.

All sums payable by Applicant to Supplier shall be secured by any agister's lien, livery lien, feed lien, agricultural lien or any other statutory lien authorized by applicable law, Applicant agrees to the registration, perfection, and enforcement of such lien by Supplier without Applicant's signature or further participation.

Applicant assigns to supplier all trust funds, prompt payment, or other civil or administrative remedies available under the Packer Stockyard Act to secure payment of all sums payable by applicant to supplier.

APPLICANT WAIVES APPLICANT'S RIGHTS UNDER THE TEXAS DECEPTIVE TRADE PRACTICES-CONSUMER PROTECTION ACT, SECTION 17.41 *ET. SEQ.*, BUSINESS & COMMERCE CODE, A LAW THAT GIVES CONSUMERS SPECIAL RIGHTS AND PROTECTIONS. AFTER CONSULTATION WITH AN ATTORNEY OF APPLICANT'S OWN SELECTION, APPLCIANT VOLUNTARILY CONSENTS TO THIS WAIVER.

**8. CHANGE IN BUSINESS FORM.** Applicant agrees that should credit be extended to Applicant or to any business entity in which Applicant has a proprietary interest, pursuant to this Agreement, and Applicant or the business entity in which Applicant has a proprietary interest commences doing business under another name, different ownership, or legal form, Applicant and the Guarantor(s) guarantee shall be personally, jointly and severally responsible for payment of all monies due and owing to Supplier from both the original and the new business entity or form until Applicant notifies Supplier in writing of such change in business status, such written notification is received by Supplier's credit department, and the prior entity or form has paid any balance due Supplier.

**9. ACCURACY OF APPLICANT DATA.** Applicant certifies that any financial information provided by Applicant to Supplier pursuant to this Agreement was given to Supplier as inducement for the extension of credit from Supplier. Applicant further certifies that any such information is accurate, true, complete, and correct as of the time it was provided. Applicant certifies that the name shown on line 1 (one) of this Agreement occupies the address shown on line three (3) of this Agreement and is engaged in business as a retailer, manufacturer, or lessor, and is registered with the state and cities shown in attached use tax exemption certificate which has been provided by the Applicant, within which Applicant would deliver purchases, and that any such purchases are for wholesale, resale, ingredients, or components of new product to be resold, leased, or rented in the normal course of Applicant's business. Applicant further certifies that if any property purchased tax free is used or consumed by the Applicant as to make it subject to sales or use tax, that Applicant will pay the tax due directly to the appropriate taxing authority when state law so provides, or inform the Supplier for added tax billing. This exemption certificate shall be part of each order, which Applicant may hereafter give to Supplier unless otherwise specified, and shall be valid until cancelled by Applicant in writing or revoked by the city or state.

**10. CHANGE IN CREDIT TERMS.** Applicant agrees that should Supplier grant credit availability, all credit extended shall be at the sole discretion of Supplier. Supplier may increase, decrease, or terminate any credit availability at any time at Supplier's sole discretion. As a condition of continued extension of credit, Applicant and Guarantor agree to provide Supplier with an updated financial statement including the balance sheet and profit statement whenever requested, but no less often than within 90 days subsequent to Applicant's/Guarantor's fiscal year-end or whenever a change in terms occurs. Supplier may request the Applicant to provide an updated credit agreement and guaranty at any time, including whenever Applicant requests additional terms or a change in terms. Applicant's failure to comply may cause Supplier to terminate any credit availability, solely at Supplier's discretion.

11. **PAYMENT OF INVOICES.** Applicant agrees to pay all invoices, including sales tax, where applicable within the terms stated on each invoice and affirms that the terms of all present and future invoices from Supplier are incorporated herein by reference. Applicant agrees to pay all invoices by the net due date described therein. In the event that payment is not received by Supplier at the address listed on the invoice by the end of business on the net due date, the invoice will be delinquent.

No statement or special endorsement on a check or other banking item from Applicant to Supplier or on a letter accompanying any payment shall be binding upon Supplier. Supplier may, with or without notice to Applicant, negotiate any such check without being bound by the conditions of any such statement or endorsement.

12. **GOVERNING LAW.** The laws of the State of Minnesota will govern this Agreement.

13. **DISCOUNTS.** Discounts may be offered on certain purchases. To be eligible for discount the open account of Applicant with Supplier must be current and the payment received on or before the cash discount due date.

14. **SECURITY INTEREST.** Supplier may delay the enforcement of any of Supplier's rights arising under this Agreement or by operation of law without waiving any such rights. Applicant hereby grants Supplier a security interest in (1) any of Applicant's inventory or property that is provided by Supplier, or contains any product provided by Supplier; (2) any of Applicants cash accounts containing funds generated by Supplier's product; and (3) any livestock of Applicant fed or treated by or with Supplier's products. Applicant hereby authorizes Supplier to perfect Supplier's security interest as prescribed within the Uniform Commercial Code of any applicable state without Applicant's signature or further participation.

15. **RIGHT TO OFFSET.** In the event of delinquency or other default on the part of the Applicant, Applicant agrees that Supplier may offset any amounts owed to Applicant by Supplier against Applicant's obligations to Supplier. The Applicant hereby acknowledges and confirms Applicant's obligations to Supplier arising from past or future purchases of product under the credit policies of the Supplier as they may now exist and as amended from time to time.

16. **SAFE HANDLING OF GOODS.** Applicant agrees that Applicant shall be solely responsible for the safe selection, handling, storage, use, feeding, and disposal of any goods or products or wastes of any goods purchased by Applicant from Supplier (the "Safe Practices"). Applicant shall be responsible for familiarizing Applicant with all information regarding Safe Practices, for following Safe Practices, and for assuring that all employees, contractors, agents, and customers of Applicant follow Safe Practices. Applicant will comply with all federal, state, or local laws, rules, regulations, and follow all industry standards concerning Safe Practices. Applicant will indemnify Supplier against any claims, loss, liability, and / or expense (including reasonable attorney's fees and costs of defense) arising out of Applicant's failure to follow Safe Practices.

17. **DISCLAIMER OF WARRANTIES.** SUPPLIER EXCLUDES AND DISCLAIMS ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY GOODS SOLD TO APPLICANT. THERE ARE NO EXPRESS OR IMPLIED WARRANTIES, WHICH EXTEND BEYOND THE WARRANTIES EXPRESSLY STATED ON THE FACE OF ANY SUCH PRODUCT.

18. **EXCLUSIVE REMEDY.** Applicant's sole and exclusive remedy for claims made against Supplier (including, without limitation, claims for breach of contract, breach of warranty, negligence, or strict liability) are limited to the replacement of any products sold or services provided. Supplier is not responsible and Applicant expressly agrees to hold Supplier harmless for any special, indirect, consequential, exemplary, incidental, or additional damages.

19. **NON-CONFORMING GOODS.** Within ten (10) days after receipt by Applicant of any goods or products from Supplier and before any part of the goods or products have been changed from their original condition, organization, grouping, or location, Applicant shall inform Supplier, in writing, if the goods or products are non-conforming or defective in any respect or if Applicant disputes the count, amount, or pricing of such products. Failure to timely inform Supplier of any such claim as provided in this Paragraph shall be conclusive on Applicant that conforming goods or products were delivered to Applicant and accepted by Applicant in all respects. All prices on any invoice or statement of Supplier are deemed accurate if not contested by Applicant in writing to Supplier within ten (10) days after receipt of the invoice or statement.

20. **APPLICATION OF PAYMENTS.** Supplier, in Supplier's sole discretion, may apply all payments received from Applicant or from any Guarantor or realized from any security, in such manner and order of priority as Supplier may determine.

21. **NONUSURIOUS INTEREST RATES.** Interest charged on any obligation of Applicant shall not exceed the maximum amount of nonusurious interest that may be contracted for, taken, or received under applicable law; any interest in excess of that maximum shall be credited to the principal of the obligation, or, if that has been paid, refunded.

22. **BINDING AGREEMENT.** Applicant agrees that the terms and conditions of this Agreement constitute a binding agreement.

23. **MISCELLANEOUS.** This Agreement shall inure to the benefit of all successors and assigns of Supplier. Applicant is not a partner, agent, nor joint venturer with Supplier. This Agreement supersedes any prior understanding or written or oral agreement between Supplier and Applicant regarding the subject matter hereof. This Agreement may not be altered except by written agreement signed by the party to be bound. All rights and remedies herein granted to Supplier and any rights and remedies which Supplier may have at law, are cumulative, not alternative, and the exercise of one such right or remedy by Supplier shall be without prejudice to the enforcement of any other right or remedy authorized by law or this Agreement. If any provision of this Agreement or any part hereof is declared invalid by any court of competent jurisdiction, such action shall not affect the validity of this Agreement, and the remainder of this Agreement shall remain in full force and effect in accordance with the tenor of the remaining provisions or parts of provisions contained in this Agreement.

24. **AUTHORITY TO SIGN.** The person(s) signing below certify that such person(s) possesses the authority to 1) apply for credit with Supplier on behalf of Applicant, 2) authorize any credit investigation the Supplier may deem necessary, and 3) to fully bind the Applicant to these terms and conditions. In the event that person(s) signing below does not possess such authority, the person(s) agree to guaranty any credit extended by Supplier pursuant to this Agreement.

| Date | Witness's Signature | Applicant's Signature | Print Applicant Name, Title | Social Security # |
|---|---|---|---|---|
| 10-22-07 | | John A Coelho | John Coelho Ptr. | |
| Date | Witness's Signature | Applicant's Signature | Print Applicant Name, Title | Social Security # |

| Date | Supplier Signature (CREDIT MANAGER OR OFFICER ONLY) | | Print Name, Title | |
|---|---|---|---|---|

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

**INVOICE**

| ACCOUNT # | CUSTOMER # |
|-----------|------------|
| 443878 | 392293 |
| **INVOICE NUMBER** | |
| 000094593322 | |

SOLD TO:    443878    392293

SHIP TO:    443878    392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | SHIP LOCATION | TRANSPORTATION MODE |
|------------|-------------|--------------|------------|-----------|---------------|---------------|---------------------|
| 000094593322 | 18802153 | 08/02/21 | 07/29/21 | 07/31/21 | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| LONG BOOM | | | | | | | | | | |
| 5099209-501 | | | | | | | | | | |
| COELHO PRLR TX | LB | 28600.000 | 352.2400 | 0.00 | 0.00 | -7.04 | 345.1952 | 0.00 | 345.1952 | 4,936.29 |
| TEXT BULK 5/32-11/64 | | | | | | | | | | |
| Contract #: 162684 | | | | | | | | | | |
| 2% Milk Assignment | | | | | | | | | | |
| Net Cost 345.195200 | | | | | | | | | | |

Weight Lbs: 28,600.0000    Tons: 14.3000

This Invoice's Discount Total
Packaged & Bulk Discounts          .00
Promotional Discounts              .00
Other Discounts                 100.74
Draft Discounts                    .00
                        ------------------------------
Total                           100.74

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

If you have questions about this Invoice, please call (844) 787-4622.

```
**   THIS IS A  MEMO INVOICE TO DETAIL YOUR PURCHASE.  **
**   YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT.   **
```

| | |
|---|---|
| INVOICE SUBTOTAL | 4,936.29 |
| PLUS FREIGHT & HANDLING | 0.00 |
| PLUS FUEL SURCHARGE | 0.00 |
| ADDITIONAL CHARGES/FEES | 0.00 |

***THANK YOU FOR YOUR BUSINESS***

| REMIT TO: | TERMS | AMOUNT DUE |
|-----------|-------|------------|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 09/30/21 | |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| INVOICE NUMBER | |
| 000094593322 | |

**SOLD TO:**  443878   392293

**SHIP TO:**  443878   392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|
| 000094593322 | 18802153 | 08/02/21 | 07/29/21 | 07/31/21 | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY. | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| This Invoice's Discount Total represents the expanded calculation to four decimal places. | | | | | | | | | | |
| All discounts at the line item level are truncated to two decimal places for display purposes. | | | | | | | | | | |
| GO GREEN! Get your Price List on-line, visit www.PurinaMills.com and click on "Feed Price Lists" under My Links. | | | | | | | | | | |
| Terms and Conditions available here: https://www.landolakesinc.com/lolinc/media/Pdf/Taleo/LOL-Sales-Terms-and-Conditions-(ALL2016).pdf | | | | | | | | | | |

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 09/30/21 | 4,936.29 |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

**INVOICE**

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| **INVOICE NUMBER** | |
| 000094622179 | |

SOLD TO:    443878    392293

SHIP TO:    443878    392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|---|
| 000094622179 | 2966107 | 08/13/21 | 08/10/21 | 08/12/21 | | | WCFM | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5099229-501 COELHO HEIFER R80 TEXT BULK 5/32-11/64   2% Milk Assignment Net Cost 428.260000 | LB | 6128.000 | 437.0000 | 0.00 | 0.00 | -8.74 | 428.2600 | 0.00 | 428.2600 | 1,312.19 |

```
This Invoice's Discount Total
Packaged & Bulk Discounts          .00
Promotional Discounts              .00
Other Discounts                  26.78
Draft Discounts                    .00
                         ------------------------
Total                            26.78
```

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

If you have questions about this Invoice, please call (844) 787-4622.

```
      **  THIS IS A  MEMO INVOICE TO DETAIL YOUR PURCHASE.  **
      **  YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT.  **
```

| | |
|---|---|
| INVOICE SUBTOTAL | 1,312.19 |
| PLUS FREIGHT & HANDLING | 0.00 |
| PLUS FUEL SURCHARGE | 0.00 |
| ADDITIONAL CHARGES/FEES | 0.00 |

***THANK YOU FOR YOUR BUSINESS***
This Invoice's Discount Total represents the expanded calculation to four decimal places.
All discounts at the line item level are truncated to two decimal places for display purposes.
GO GREEN! Get your Price List on-line, visit www.PurinaMills.com and click on "Feed Price Lists" under My Links.
Terms and Conditions available here: https://www.landolakesinc.com/lolinc/media/Pdf/Taleo/LOL-Sales-Terms-and-Conditions-(ALL2016).pdf

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 09/30/21 | **1,312.19** |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| INVOICE NUMBER | |
| 000094624722 | |

SOLD TO:    443878      392293

SHIP TO:    443878      392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO. | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|
| 000094624722 | 18879023 | 08/16/21 | 08/12/21 | 08/14/21 | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| LONG BOOM | | | | | | | | | | |
| 5099209-501 | | | | | | | | | | |
| COELHO PRLR TX | LB | 30140.000 | 374.0000 | 0.00 | 0.00 | -7.48 | 366.5200 | 0.00 | 366.5200 | 5,523.46 |
| TEXT BULK 5/32-11/64 | | | | | | | | | | |
| 2% Milk Assignment | | | | | | | | | | |
| Net Cost 366.520000 | | | | | | | | | | |

Weight Lbs: 30,140.0000   Tons: 15.0700

This Invoice's Discount Total
Packaged & Bulk Discounts          .00
Promotional Discounts              .00
Other Discounts                 112.72
Draft Discounts                    .00
                        --------------------------
Total                           112.72

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

If you have questions about this Invoice, please call (844) 787-4622.

**     THIS IS A  MEMO INVOICE TO DETAIL YOUR PURCHASE.  **
**     YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT.   **

| | |
|---|---|
| INVOICE SUBTOTAL | 5,523.46 |
| PLUS FREIGHT & HANDLING | 0.00 |
| PLUS FUEL SURCHARGE | 0.00 |
| ADDITIONAL CHARGES/FEES | 0.00 |

***THANK YOU FOR YOUR BUSINESS***

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 09/30/21 | |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| INVOICE NUMBER | |
| 000094624722 | |

**SOLD TO:**  443878     392293

**SHIP TO:**  443878     392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|
| 000094624722 | 18879023 | 08/16/21 | 08/12/21 | 08/14/21 | | RIV | Feed - Delivery |

| ITEM NO/D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| This Invoice's Discount Total represents the expanded calculation to four decimal places. | | | | | | | | | | |
| All discounts at the line item level are truncated to two decimal places for display purposes. | | | | | | | | | | |
| GO GREEN! Get your Price List on-line, visit www.PurinaMills.com and click on "Feed Price Lists" under My Links. | | | | | | | | | | |
| Terms and Conditions available here: https://www.landolakesinc.com/lolinc/media/Pdf/Taleo/LOL-Sales-Terms-and-Conditions-(ALL2016).pdf | | | | | | | | | | |

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 09/30/21 | 5,523.46 |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| INVOICE NUMBER | |
| 000094640976 | |

SOLD TO:   443878     392293

SHIP TO:   443878     392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|---|
| 000094640976 | 18920574 | 08/23/21 | 08/19/21 | 08/20/21 | | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| LONG BOOM | | | | | | | | | | |
| | | | | | | | | | | |
| 5099209-501 | | | | | | | | | | |
| COELHO PRLR TX | LB | 12060.000 | 374.0000 | 0.00 | 0.00 | -7.48 | 366.5200 | 0.00 | 366.5200 | 2,210.12 |
| TEXT BULK 5/32-11/64 | | | | | | | | | | |
| 2% Milk Assignment | | | | | | | | | | |
| Net Cost 366.520000 | | | | | | | | | | |

Weight Lbs: 12,060.0000   Tons: 6.0300

This Invoice's Discount Total
Packaged & Bulk Discounts              .00
Promotional Discounts                  .00
Other Discounts                      45.10
Draft Discounts                        .00
                          ------------------------------
Total                                45.10

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

If you have questions about this Invoice, please call (844) 787-4622.

** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE. **
** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **

| | |
|---|---|
| INVOICE SUBTOTAL | 2,210.12 |
| PLUS FREIGHT & HANDLING | 0.00 |
| PLUS FUEL SURCHARGE | 0.00 |
| ADDITIONAL CHARGES/FEES | 0.00 |

***THANK YOU FOR YOUR BUSINESS***

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 09/30/21 | |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

**INVOICE**

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| **INVOICE NUMBER** | |
| 000094640976 | |

**SOLD TO:**    443878    392293

**SHIP TO:**    443878    392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|
| 000094640976 | 18920574 | 08/23/21 | 08/19/21 | 08/20/21 | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| This Invoice's Discount Total represents the expanded calculation to four decimal places. | | | | | | | | | | |
| All discounts at the line item level are truncated to two decimal places for display purposes. | | | | | | | | | | |
| GO GREEN! Get your Price List on-line, visit www.PurinaMills.com and click on "Feed Price Lists" under My Links. | | | | | | | | | | |
| Terms and Conditions available here: https://www.landolakesinc.com/lolinc/media/Pdf/Taleo/LOL-Sales-Terms-and-Conditions-(ALL2016).pdf | | | | | | | | | | |

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER<br>PO BOX 504125<br>SAINT LOUIS MO 631504125 | Invoice amount due 09/30/21 | 2,210.12 |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| INVOICE NUMBER | |
| 000094579306 | |

SOLD TO:   443878   392293

SHIP TO:   443878   392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|---|
| 000094579306 | 18764694 | 07/27/21 | 07/23/21 | 07/27/21 | | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| EARLY AM DEL | | | | | | | | | | |
| 5099209-501 | | | | | | | | | | |
| COELHO PRLR TX | LB | 28220.000 | 352.2400 | 0.00 | 0.00 | -7.04 | 345.1952 | 0.00 | 345.1952 | 4,870.70 |
| TEXT BULK 5/32-11/64 | | | | | | | | | | |
| Contract #: 162684 | | | | | | | | | | |
| 2% Milk Assignment | | | | | | | | | | |
| Net Cost 345.195200 | | | | | | | | | | |

Weight Lbs: 28,220.0000   Tons: 14.1100

This Invoice's Discount Total
Packaged & Bulk Discounts            .00
Promotional Discounts                .00
Other Discounts                    99.40
Draft Discounts                      .00
                        --------------------------------
Total                              99.40

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

If you have questions about this Invoice, please call (844) 787-4622.

**   THIS IS A  MEMO INVOICE TO DETAIL YOUR PURCHASE.  **
**   YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT.  **

| | |
|---|---|
| INVOICE SUBTOTAL | 4,870.70 |
| PLUS FREIGHT & HANDLING | 0.00 |
| PLUS FUEL SURCHARGE | 0.00 |
| ADDITIONAL CHARGES/FEES | 0.00 |

***THANK YOU FOR YOUR BUSINESS***

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 08/30/21 | |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| INVOICE NUMBER | |
| 000094579306 | |

**SOLD TO:**    443878    392293

**SHIP TO:**    443878    392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|---|
| 000094579306 | 18764694 | 07/27/21 | 07/23/21 | 07/27/21 | | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| This Invoice's Discount Total represents the expanded calculation to four decimal places. | | | | | | | | | | |
| All discounts at the line item level are truncated to two decimal places for display purposes. | | | | | | | | | | |
| GO GREEN! Get your Price List on-line, visit www.PurinaMills.com and click on "Feed Price Lists" under My Links. | | | | | | | | | | |
| Terms and Conditions available here: https://www.landolakesinc.com/lolinc/media/Pdf/Taleo/LOL-Sales-Terms-and-Conditions-(ALL2016).pdf | | | | | | | | | | |

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 08/30/21 | 4,870.70 |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |
| INVOICE NUMBER | |
| 000094579237 | |

SOLD TO:   443878      392293

SHIP TO:   443878      392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|---|
| 000094579237 | 18612624 | 07/27/21 | 06/24/21 | 07/27/21 | | | RIV | Feed - Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| LONG BOOM | | | | | | | | | | |
| 5099209-501 | | | | | | | | | | |
| COELHO PRLR TX | LB | 25060.000 | 352.2400 | 0.00 | 0.00 | -7.04 | 345.1952 | 0.00 | 345.1952 | 4,325.30 |
| TEXT BULK 5/32-11/64 | | | | | | | | | | |
| Contract #: 162684 | | | | | | | | | | |
| 2% Milk Assignment | | | | | | | | | | |
| Net Cost 345.195200 | | | | | | | | | | |

Weight Lbs: 25,060.0000   Tons: 12.5300

```
This Invoice's Discount Total
Packaged & Bulk Discounts          .00
Promotional Discounts              .00
Other Discounts                  88.27
Draft Discounts                    .00
                           --------------------------------
Total                            88.27
```

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

If you have questions about this Invoice, please call (844) 787-4622.

** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE. **
** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **

| | |
|---|---|
| INVOICE SUBTOTAL | 4,325.30 |
| PLUS FREIGHT & HANDLING | 0.00 |
| PLUS FUEL SURCHARGE | 0.00 |
| ADDITIONAL CHARGES/FEES | 0.00 |

***THANK YOU FOR YOUR BUSINESS***

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 08/30/21 | |

LP1010

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 443878 | 392293 |

| INVOICE NUMBER | |
|---|---|
| 000094579237 | |

**SOLD TO:**    443878    392293

**SHIP TO:**    443878    392293

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

COELHO DAIRY OR POST PETITION
18624 ARBOR GROVE RD NE
WOODBURN, OR 970719300

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|---|
| 000094579237 | 18612624 | 07/27/21 | 06/24/21 | 07/27/21 | | | RIV | Feed – Delivery |

| ITEM NO./D-CASH DISC. APPL. PRODUCT DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| This Invoice's Discount Total represents the expanded calculation to four decimal places. | | | | | | | | | | |
| All discounts at the line item level are truncated to two decimal places for display purposes. | | | | | | | | | | |
| GO GREEN! Get your Price List on-line, visit www.PurinaMills.com and click on "Feed Price Lists" under My Links. | | | | | | | | | | |
| Terms and Conditions available here: https://www.landolakesinc.com/lolinc/media/Pdf/Taleo/LOL-Sales-Terms-and-Conditions-(ALL2016).pdf | | | | | | | | | | |

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| PAYMENT PROCESSING CENTER PO BOX 504125 SAINT LOUIS MO 631504125 | Invoice amount due 08/30/21 | 4,325.30 |

LP1010

## CERTIFICATE OF SERVICE

On August 27, 2021, at my direction and under my supervision, employees of K&L Gates LLP caused the document attached to be served by United States First Class Mail upon the creditor list attached hereto.

Dated August 27, 2021

K&L GATES LLP


  /s/ Brandy A. Sargent
Brandy A. Sargent, OSB #045713

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200

Label Matrix for local noticing
0979-6
Case 17-60449-pcm12
District of Oregon
Eugene
Fri Aug 27 12:15:16 PDT 2021

405 E 8th Ave #2600
Eugene, OR 97401-2725

Coelho Dairy
18624 Arbor Grove Rd
Woodburn, OR 97071-9300

Bretthauer Oil Company
PO Box 1299
Hillsboro, OR 97123-1299

FSA
7620 SW Mohawk St
Tualatin, OR 97062-8121

Churchill Leonard Lawyers
POB 804
Salem, OR 97308-0804

Columbia Bank
PO Box 2156
Tacoma, WA 98401-2156

Columbia State Bank
c/o Erich M. Paetsch, Esq.
Saalfeld Griggs PC
250 Church Street SE, Suite 200
Salem, OR 97301-3921

Dennis Abo
604 SE 6th
Dundee, OR 97115

Duda Farms
14243 Marquam Rd NE
Mount Angel, OR 97362-9506

Estate of Patricia Coelho
18745 Arbor Grove Rd
Woodburn, OR 97071-9387

Excel Dairy Services
2725 Old Highway 99 S
Mt Vernon WA 98273-9040

IRS
Central Insolvency Operation
POB 7317
Philadelphia, PA 19101-7317

John Coelho
c/o Aurelia Erickson
65 SW Yamhill St #200
Portland, OR 97204-3317

John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450

John Deere Financial
c/o Weltman, Weinberg and Reis Co., LPA
965 Keynote Circle
brooklyn Hts, OH 44131-1829

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Joseph F. Duda, dba J & J Heifers
c/o Aaron J. Bell
Bell Law Firm, P.C.
PO Box 1547
Wilsonville OR 97070-1547

Kuenzi  Accounting
650 Hawthorne Ave SE, Ste 110
Salem, OR 97301-5894

LES SCHWAB TIRE CENTERS OF PORTLAND, INC.
PO BOX 5350
BEND, OR 97708-5350

Les Schwab
1140 W Pacific Highway
Woodburn, OR 97071

(p)MARION COUNTY TAX COLLECTOR
PO BOX 2511
SALEM OR 97308-2511

Michael Coelho
18624 Arbor Grove Rd NE
Woodburn OR 97071-9300

Midland Valley Dairy Services
12490 Kirkwood Rd NW
Salem, OR 97304-9623

Northwest Animal Supply
40290 SW Gibson Rd
Gaston, OR 97119-8507

ODR Bkcy
955 Center St NE
Salem OR 97301-2555

Oregon Dept. of Revenue
955 Center St. NE
Salem, OR 97301-2554

Pape Machinery
PO Box 5077
Portland, OR 97208-5077

Portland General Electric
121 Salmon St
Portland, OR 97204-2977

Purina Animal Nutrition (Land O'Lakes)
PO Box 64281
Saint Paul, MN 55164-0281

Quality Trading
PO Box 484
Donald, OR 97020-0484

Rose Paper
2561 Pringle Rd SE
Salem, OR 97302-1531

Stan Armstrong
36963 Keene Rd NE
Gervais, OR 97026

Stan Armstrong
6963 Keene Rd NE
Gervais, OR 97026-8728

U.S. Small Business Administration
Wesley Nell
2401 4th Avenue, Suite 450
Seattle, WA 98121-3459

US Trustee, Eugene
405 E 8th Ave #1100
Eugene, OR 97401-2728

John Coelho
18630 Arbor Grove NE
Woodburn, OR 97071-9300

John R Coelho
POB 475
Aurora, OR 97002-0475

KEITH D KARNES
Rank & Karnes Law P.C.
2701 12th Street SE
97302
Salem, OR 97302-3158

Terry Silbernagel
Principal Broker
Agri-Business Real Estate
4675 Deon Lane SE
Salem, OR 97317-8980

Virginia Andrews Burdette
Virginia Andrews Burdette, Trustee
P.O. Box 16600
Seattle, WA 98116-0600

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

John Deere Financial, f.s.b.
PO Box 6600
Johnston, IA 50310

Marion County Tax Collector
PO BOX 2511
SALEM, OR 97308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brault Inc.

(u)Columbia State Bank

(u)USDA Farm Service Agency

(d)FSA
7620 SW Mohawk St
Tualatin OR 97062-8121

(u)Farm Plan
UNK

(u)Power Plan
UNK

(d)Stan Armstrong
6963 Keene Rd NE
Gervais, OR 97026-8728

End of Label Matrix
Mailable recipients    40
Bypassed recipients     7
Total                  47